ALFRED HAYDEN, RESPONDENT, *v.* GEORGE F. STRONG,
ADMINISTRATOR, ETC., APPELLANT.

Judgment reversed and new trial ordered in the County Court of
Onondaga county, costs to abide event. *Held*, that the charge of
the judge, in effect, that the words "without recourse" must be
written in such a manner that they could be read by a man "of
ordinary ability and understanding" in order to exonerate the
indorser, was erroneous.

JOSEPH CROCKER, PLAINTIFF IN ERROR, *v.* THE PEOPLE
OF THE STATE OF NEW YORK, DEFENDANTS IN ERROR.

Conviction and judgment affirmed and proceedings remitted to
the Court of Sessions of Monroe county.

ROCHESTER SAVINGS BANK *v.* EBENEZER GORDON,
APPELLANT, GEORGE W. MILLER AND ANOTHER, RESPOND-
ENTS, AND OTHERS.

Order appealed from affirmed, with ten dollars costs and disburse-
ments.

JAMES KNAPP, RESPONDENT, *v.* ESTHER PHELPS,
APPELLANT.

Judgment affirmed with costs. *Held*, (1) that the defendant's
agreement to pay the debt secured by mortgage on her land was
not within the statute of frauds, it being founded upon an original
consideration, to wit, the agreement of the plaintiff to extend the
time of payment at her request; and (2) that as the agreement was
for the benefit of the defendant's separate estate it was valid not-
withstanding her coverture.

SOPHIA SCHMID, AS ADMINISTRATRIX, ETC., RESPONDENT, *v.*
HUGH J. JEWETT, AS RECEIVER, ETC., APPELLANT.

Judgment and order affirmed.